# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN ARATA, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 11-0274-KD-N |
| ) | |
| BP AMERICA PRODUCTION ) | |
| COMPANY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This action is before the Court on the defendants' various motions for extension of time (Docs. 42, 43, 45). Each motion requests that the time for its movants to respond to the plaintiffs' complaint be extended to seven days after the Court enters a decision on the plaintiffs' pending motion to remand (Doc. 5). All motions state that they are unopposed by the plaintiffs.

Therefore, it is **ORDERED** that the defendants' motions for extension of time (Docs. 42, 43, 45) are **GRANTED**. All defendants' responses to the complaint shall be due within seven (7) days of the Court's entry of an order deciding the motion to remand (Doc. 5).

**DONE** and **ORDERED** this the **29th** day of **June, 2011**.

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**